PD-1049-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/11/2015 12:50:56 PM
Accepted 8/17/2015 11:04:10 AM
ABEL ACOSTA
CLERK

PD-1049-15

*Grant* *...*
*...*

CAUSE NO. <u>08-13-00308-CR</u>

| | | |
|---|---|---|
| ALFRED CHARLES GREEN | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | 8TH JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | OF EL PASO, TEXAS |

## MOTION FOR LEAVE TO LATE-FILE MOTION TO EXTEND TIME TO LATE-FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Alfred Charles Green, Appellant in the above styled and numbered cause, and moves for leave to late-file motion to extend time to late-file petition for discretionary review, and for good cause shows the following:

1.    On May 13, 2015, the Court of Appeals affirmed appellant's conviction. <u>Alfred Charles Green v. State</u>, *Cause No. 08-13-00308-CR*. After Appellant filed a Motion for Rehearing and Motion for Reconsideration En Banc on June 9, 2015, the Court of Appeals denied the Motion for Rehearing/Reconsideration En Banc on June 23, 2015.

2.    Counsel has been unable to complete the petition for the following reasons:   Counsel for Appellant has prepared and/or participated in 2 Misdemeanor

Motion for Leave to Late-File Motion to Extend
Time to Late-File Petition for Discretionary Review                 Page 1 of 3

FILED IN
COURT OF CRIMINAL APPEALS

August 17, 2015

ABEL ACOSTA, CLERK

Jury Trials, 2 Misdemeanor Bench Trials, 1 Felony Jury Trial, 1 SAPCR Bench Trial, and 1 SAPCR Emergency Temporary Orders Hearing. Counsel for Appellant also drafted a request for extension of time to late-file a motion for rehearing/reconsideration en banc in <u>Andre Berry v. State of Texas</u>, *Cause No. 05-13-001186-CR*. Counsel for Appellant also drafted a Motion for New Trial in a pending appeal that resulted in the Collin County Court at Law Number Two granting the Motion, setting aside the judgment, and rendering an acquittal in Cause No. 002-87100-2014. Finally, Counsel for Appellant also appeared in both criminal and civil daily dockets in Collin, Dallas, Denton, and Hunt Counties for approximately 35 case in the past forty-five (45) days.

3. Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED,** appellant respectfully requests an extension of 20 days, i.e. until August 28, 2015, to file a petition for discretionary review.

Respectfully submitted,

Law Office of Marc J. Fratter
1207 West University Drive

Suite 101
McKinney, Texas 75069
Tel. (214) 471-3434
Fax (214) 385-4534


By:/s/ Marc J. Fratter
    Marc J. Fratter
    State Bar No. 24029973
    Attorney for Alfred Charles Green


## CERTIFICATE OF SERVICE

This is to certify that on August 8, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Collin County,

Texas, by hand delivery.


/s/ Marc J. Fratter
Marc J. Fratter